No. 95–1645. JACKSON v. UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 95–1652. DYSON v. CITY OF PAWTUCKET ET AL. Sup. Ct. R. I. Certiorari denied.

No. 95–1655. TATE v. UNITED STATES. C. A. Armed Forces. Certiorari denied.

No. 95–1660. NORDVIK ET UX. v. COMMISSIONER OF INTERNAL REVENUE. C. A. 9th Cir. Certiorari denied.

No. 95–1663. CATALFO v. UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 95–1667. BAKER ET UX. v. INTERNAL REVENUE SERVICE. C. A. 9th Cir. Certiorari denied.

No. 95–6992. MORROW v. TEXAS. Ct. Crim. App. Tex. Certiorari denied.

No. 95–7262. JACKSON v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 95–7317. HOOPER v. UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 95–7434. MITCHELL v. CALIFORNIA. Ct. App. Cal., 1st App. Dist. Certiorari denied.

No. 95–7436. JACKSON v. UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 95–7505. DAVIS v. MISSISSIPPI. Sup. Ct. Miss. Certiorari denied.

No. 95–7621. WOLFE v. MONTANA DEPARTMENT OF CORRECTIONS AND HUMAN SERVICES. C. A. 9th Cir. Certiorari denied.

No. 95–7720. WILLIAMS v. LOVE, SUPERINTENDENT, STATE CORRECTIONAL INSTITUTION AT HUNTINGDON, ET AL. C. A. 3d Cir. Certiorari denied.

No. 95–7728. DEBARR v. NEVADA. Sup. Ct. Nev. Certiorari denied.